IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

PAUL DAVID MYHRE,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 134, First Motion to Continue Sentencing by Paul David Myhre, which the government does not oppose. The motion is granted, and sentencing is reset to Wednesday, August 1, 2007, at 3:45 p.m.

**DONE AND ORDERED** this _15th_ day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge