IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:06-cr-00038-MP-AK

PAUL DAVID MYHRE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 157, Second Motion to Continue Sentencing by Paul David Myhre. The motion is granted and sentencing is reset for Thursday, September 27, 2007 at 2:00 p.m.

**DONE AND ORDERED** this  *27th*  day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge