IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 1:06-cr-00038-MP-AK

PAUL DAVID MYHRE,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 313, Motion to Continue Sentencing, filed by the defendant, Paul David Myhre. Defendant's sentencing is currently scheduled for July 8, 2009, at 10:00 a.m. Defendant requests a continuance in order to facilitate ongoing cooperation with the government. The government is unopposed to the motion. Upon consideration, the Court finds good cause for a continuance. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion to Continue Sentencing (Doc. 313) is GRANTED. Defendant's sentencing hearing is reset to Tuesday, August 25, 2009, at 10:00 a.m.

**DONE AND ORDERED** this *2nd* day of July, 2009

           *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge